**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DETRIUS WADE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-1073 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| BRIAN V. COLEMAN, *et.al*., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial

proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and

Local Rule of Civil Procedure 72.

On September 24, 2014, the Magistrate Judge issued a Report (Doc. 5) recommending

that Plaintiff's Complaint (Doc. 3) be dismissed pursuant to the screening provisions of the

Prison Litigation Reform Act.  Service of the Report and Recommendation was made on

Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and

Recommendation, the following Order is entered:

Plaintiff's Complaint (**Doc. 3**) is **DISMISSED** pursuant to the screening provisions of the

Prison Litigation Reform Act.   The Magistrate Judge's Report and Recommendation dated

September 24, 2014, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

October 21, 2014

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Detrius Wade
HZ 1342
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999